| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Shawn J. Craig** | Social Security number or ITIN   **xxx−xx−9094** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of New Jersey** | | |
| Case number:   **13−26224−MBK** | | |

# Order of Discharge                                                                                                12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Shawn J. Craig

12/15/16                                                                 **By the court:**    Michael B. Kaplan
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 13-26224-MBK
Shawn J. Craig                                                      Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Dec 15, 2016
                              Form ID: 3180W               Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db             Shawn J. Craig,    2100A Jacksonville Jobstown Rd,    Jobstown, NJ 08041-2007
514365235      Apex Asset Management, LLC,    POB 5407,    Lancaster, PA 17606-5407
514096749      Burlington County Library System,    C/O U.N.C.,    119 E Maple St,
                Jeffersonville, IN 47130-3439
514096751      Byl Collection Service,    301 Lacey St,    West Chester, PA 19382-3727
514096752      Byl Svc,   301 Lacey St,    West Chester, PA 19382-3727
514096754      Center For Family Guidance, P.C.,    765 E Route 70 # A100,    Marlton, NJ 08053-2341
514096755      Commonwealth of Pennsylvania,    Department Of Labor And Industry,    1316 State St,
                Erie, PA 16501-1978
514096758      Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514096760      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
514096761      Hampton Hospital,    650 Rancocas Rd,    Westampton, NJ 08060-5613
514096762      Hayt, Hayt & Landau, LLC,    PO Box 500,    Eatontown, NJ 07724-0500
514096765      James E. Rockwell, DMD, PA,    176 Madison Ave,    Mount Holly, NJ 08060-2000
514096766      LDC - Hampton Hospital Physicians,    C/O BYL Collection Services, LLC,    301 Lacey St,
                West Chester, PA 19382-3727
514216125     +M&T Bank,   PO Box 1508,    Buffalo, NY 14240-1508
514096768      Mount Holly Municipal Utilities Auth,    29-37 Washington St,    Mount Holly, NJ 08060-0486
514370741    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     Attn: Bankruptcy Department,
                P.O. Box 630267,    Irving, Texas 75063)
514096769      Nco Fin/51,    PO Box 13574,    Philadelphia, PA 19101
514096771      PA Turnpike E-Z Pass Violation,    C/O Linebarger Goggan Blair & Sampson,    PO Box 90128,
                Harrisburg, PA 17109-0128
514096777      PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
514096772     +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000C Derry St,
                Harrisburg, PA 17111-5287
514096774      Princeton Healthcare Specialty Group,    4 Princess Rd Ste 207,
                Lawrence Township, NJ 08648-2322
514096775      Princeton Healthcare System,    PO Box 8500,    Philadelphia, PA 19178-8500
514096776      Princeton House,    PO Box 13768,    Philadelphia, PA 19101-3768
514096778      Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514096779      Radiology Assoc Of Burlington County,    1295 Route 38,    Hainesport, NJ 08036-2702
514096781      South Jersey Emergency Physician,    PO Box 416052,    Boston, MA 02241-6052
514096783     +Summer Craig,    17 Tarnsfield Rd.,    Westampton, NJ 08060-2333
514096785      Tedda Lippincott,    2230 Saylors Pond Rd,    Jobstown, NJ 08041-2108
514096787      UHS - Hampton Hospital,    C/O BYL Collection Services, LLC,    301 Lacey St,
                West Chester, PA 19382-3727
514211917     +Unemployment Compensation Division,    Labor & Industry Blvd., 10th Fl.,    651 Boas St.,
                Harrisburg, PA 17121-0725
514096788      Vera C. Hershenberg, Esquire,    1874 Route 70 E Ste 4,    Cherry Hill, NJ 08003-2038
514096789      Village Square Apartments,    78 E Main St,    Marlton, NJ 08053-2142
514096790     +Virtua Health Memorial,    PO Box 7542,    Philadelphia, PA 19101-7542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2016 21:40:26     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2016 21:40:26     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: IRS.COM Dec 15 2016 21:33:00     Dept of Treasury IRS,    955 S Springfield Ave,   Bldg A,
                Springfield, NJ 07081
514111383     +EDI: CINGMIDLAND.COM Dec 15 2016 21:33:00     AT&T Mobility II LLC,    % AT&T Services, Inc,
                Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
514096746     +EDI: IIC9.COM Dec 15 2016 21:33:00     Advocare Physicians Of Burlington County,
                C/O I.C. System Inc.,    444 Highway 96 E,    Saint Paul, MN 55127-2557
514096748      EDI: BANKAMER.COM Dec 15 2016 21:33:00     Bank Of America, N.a.,    450 American St,
                Simi Valley, CA 93065-6285
514096750      E-mail/Text: bankruptcydepartment@tsico.com Dec 15 2016 21:40:30
                Burlington Gold Out Patient,    C/O NCO Financial Systems Inc.,    20 Clementon Rd E # 102 North,
                Gibbsboro, NJ 08026-1165
514096753      EDI: CAPITALONE.COM Dec 15 2016 21:33:00     Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
514184825      EDI: CAPITALONE.COM Dec 15 2016 21:33:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
514096759      E-mail/Text: memberarfinancialtransactions@express-scripts.com Dec 15 2016 21:40:25
                Express Scripts,    PO Box 66580,    Saint Louis, MO 63166-6580
514096763      EDI: IIC9.COM Dec 15 2016 21:33:00     Ic Systems Inc,    PO Box 64378,
                Saint Paul, MN 55164-0378
514096767      E-mail/Text: camanagement@mtb.com Dec 15 2016 21:40:25     M And T Bank,    1100 Wehrle Dr,
                Williamsville, NY 14221-7748
514096770      EDI: RMCB.COM Dec 15 2016 21:33:00     NJ EZ Pass,    C/O RMCB,    4 Westchester Plz Ste 110,
                Elmsford, NY 10523-1615
514125625     +E-mail/Text: bankruptcy@pseg.com Dec 15 2016 21:40:22     PSEG,    PO BOX 490,
                Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Dec 15, 2016
                              Form ID: 3180W           Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514096773         E-mail/Text: bankruptcy@certifiedcollection.com Dec 15 2016 21:40:25
                   Princeton Anesthesia Services,   C/O Certified Credit & Collection Bureau,   PO Box 336,
                   Raritan, NJ  08869-0336
514096780        +EDI: RMCB.COM Dec 15 2016 21:33:00      Retrieval Masters Creditors Bureau, Inc.,
                   4 Westchester Plz Ste 110,   Elmsford, NY 10523-1616
514096782        +EDI: IIC9.COM Dec 15 2016 21:33:00      South Jersey Emergency Physicians,
                   C/O I.C. Systems Inc.,   444 Highway 96 E,   Saint Paul, MN 55127-2557
514096784        +EDI: TDBANKNORTH.COM Dec 15 2016 21:33:00      TD Bank,   1701 Route 70 E,
                   Cherry Hill, NJ 08003-2335
                                                                                             TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514096764*        Internal Revenue Service,   Cetral Insolvency Unit,   Po Box 7346,
                   Philadelphia, PA 19101-7346
515416978*       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                   (address filed with court: Nationstar Mortgage, LLC.,   PO Box 619096,   Dallas, TX 75261-9741)
514096747        ##Apex Asset Management,   1891 Santa Barbara Dr,   Lancaster, PA  17601-4106
514096756        ##Contract Callers Inc,   PO Box 212609,   Augusta, GA  30917-2609
514096757        ##Contract Callers Inc.,   PO Box 212489,   Augusta, GA  30917-2489
514096786        ##The Cardiology Group, PA,   2051 Briggs Rd,   Mount Laurel, NJ  08054-4608
                                                                           TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert   Manchel    on behalf of Debtor Shawn J. Craig manchellaw@yahoo.com
                                                                                             TOTAL: 5
```